1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

Attorney for Defendant
EMANUEL ALVARES-GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-0334 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| EMANUEL ALVARES-GONZALES, | ) **AND EXCLUDING TIME** |
| Defendant. | ) Date: September 7, 2007 |
| | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, though their respective attorneys, that the status conference scheduled for September 7 may be continued to October 12, 2007, at 9:00 a.m.

This is a new case and defense counsel has yet to review discovery with Mr. Alvares and to perform other tasks that will affect resolution of the case. In addition, defense counsel will be only sporadically available during late September and early October because of trial responsibilities. To have time to complete review and in order to assure

1  continuity of defense counsel, the parties agree that time under the
2  Speedy Trial Act should be excluded from the date of this order through
3  October 12, 2007, pursuant to Title 18, United States Code, Section
4  3161(h)(1)(C) and (h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

8  Dated: September 6, 2007        /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for

                                        MCGREGOR SCOTT
                                        United States Attorney

12 Dated: September 6, 2007        /s/ T. Zindel for P. Talbert
                                        PHILLIP A. TALBERT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

The status conference is continued to October 12, 2007, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 12, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Dated: September 13, 2007

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge