```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   EMANUEL ALVARES-GONZALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-07-0334 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
|  | ) **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) **TIME** |
|  | ) |
| EMANUEL ALVARES-GONZALES, | ) |
|  | ) Date: October 12, 2007 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for October 12, 2007 may be continued to November 2, 2007, at 9:00 a.m.

Counsel for Ms. Alvares-Gonzales has been in jury trial since September 25, 2007 on an unrelated case and has not had adequate time to meet with and review the government's discovery with his client. Defense counsel seeks additional time to prepare, to review discovery with Mr. Alvares-Gonzales, to conduct ongoing investigation, and to continue discussions with counsel for the government. To afford time to complete

1  these tasks, the parties agree that time under the Speedy Trial Act may
2  be excluded through November 2, 2007, pursuant to 18 U.S.C. §
3  3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  October 10, 2007                /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for
                                        EMANUEL ALVARES-GONZALES


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  October 10, 2007                /s/ T. Zindel for P. Talbert
                                        PHILLIP TALBERT
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to November 2, 2007, at 9:00 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  October 19, 2007

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip. in U.S. v. Alvares-Gonzales    -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip. in U.S. v. Alvares-Gonzales        -3-