```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EMANUEL ALVARES-GONZALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-07-0334 GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| EMANUEL ALVARES-GONZALES, | Date: November 2, 2007 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for November 2, 2007 may be continued to November 30, 2007, at 9:00 a.m.

Defense counsel seeks additional time to prepare, to review discovery with Mr. Alvares-Gonzales, to conduct ongoing investigation, and to continue discussions with counsel for the government. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through November 30, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   October 30, 2007               /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for
                                        EMANUEL ALVARES-GONZALES


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:   October 30, 2007               /s/ T. Zindel for P. Talbert
                                        PHILLIP TALBERT
                                        Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to November 30, 2007, at 9:00 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  October 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. in U.S. v. Alvares-Gonzales        -2-