1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   EMANUEL ALVARES-GONZALES
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       )  No. Cr. S-07-0334 GEB
                                   )
14           Plaintiff,            )  **STIPULATION AND ORDER CONTINUING**
                                   )  **STATUS CONFERENCE AND EXCLUDING**
15      v.                         )  **TIME**
                                   )
16 EMANUEL ALVARES-GONZALES,       )
                                   )  Date:  November 30, 2007
17           Defendant.            )  Time:  9:00 a.m.
                                   )  Judge: Garland E. Burrell, Jr.
18 _____ )

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Emanuel Alvares-Gonzales, through their

22 respective attorneys, that the status conference presently scheduled for

23 November 30, 2007 may be continued to January 11, 2008, at 9:00 a.m.

24     Defense counsel seeks additional time to prepare, to conduct ongoing

25 defense investigation, and to continue discussions with counsel for the

26 government.  To afford time to complete these tasks, the parties agree

27 that time under the Speedy Trial Act may be excluded through January 11,

28 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

|    |                                      |                                                                |
|----|--------------------------------------|----------------------------------------------------------------|
|  1 |                                      | Respectfully submitted,                                        |
|  2 |                                      | DANIEL J. BRODERICK<br>Federal Defender                        |
|  4 | Dated:   November 28, 2007           | /s/ T. Zindel<br>TIMOTHY ZINDEL                                |
|  5 |                                      | Assistant Federal Defender<br>Attorney for                     |
|  6 |                                      | EMANUEL ALVARES-GONZALES                                       |
|  8 |                                      | McGREGOR SCOTT<br>United States Attorney                       |
| 10 | Dated:   November 28, 2007           | /s/ T. Zindel for P. Talbert<br>PHILLIP TALBERT                |
| 11 |                                      | Assistant U.S. Attorney                                        |

**O R D E R**

14  The status conference is continued to January 11, 2008, at 9:00 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

20  IT IS SO ORDERED.

21  Dated:  November 28, 2007

GARLAND E. BURRELL, JR.
United States District Judge

Stip. in U.S. v. Alvares-Gonzales          -2-