```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
EMANUEL ALVARES-GONZALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>EMANUEL ALVARES-GONZALES,<br><br>     Defendant.<br>_____ | No. Cr. S-07-0334 GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  January 11, 2008<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for January 11, 2008 may be continued to February 15, 2008, at 9:00 a.m.

Defense counsel seeks additional time to prepare, to conduct ongoing defense investigation, and to continue discussions with counsel for the government.  To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through February 15, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: January 8, 2008 | /s/ T. Zindel<br>TIMOTHY ZINDEL<br>Assistant Federal Defender<br>Attorney for<br>EMANUEL ALVARES-GONZALES |
|   | McGREGOR SCOTT<br>United States Attorney |
| Dated: January 8, 2008 | /s/ T. Zindel for P. Talbert<br>PHILLIP TALBERT<br>Assistant U.S. Attorney |

**O R D E R**

The status conference is continued to February 15, 2008, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: January 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. in U.S. v. Alvares-Gonzales        -2-