```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    EMANUEL ALVARES-GONZALES
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S-07-0334 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) **TIME** |
| EMANUEL ALVARES-GONZALES, | ) |
| | ) Date: February 15, 2008 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for February 15, 2008 may be continued to March 14, 2008, at 9:00 a.m.

Defense counsel seeks additional time to prepare, to conduct ongoing defense investigation, and to continue discussions with counsel for the government. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through March 14, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:   February 14, 2008          /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for
                                    EMANUEL ALVARES-GONZALES



                                    McGREGOR SCOTT
                                    United States Attorney


Dated:   February 14, 2008          /s/ T. Zindel for P. Talbert
                                    PHILLIP TALBERT
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to March 14, 2008, at 9:00 a.m.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

Dated: February 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip. in U.S. v. Alvares-Gonzales        -2-