DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
EMANUEL ALVARES-GONZALES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>EMANUEL ALVARES-GONZALES,  )<br>  )<br>        Defendant.  )<br>  )<br>_____ ) | No. Cr. S-07-0334 GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  March 14, 2008<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for March 14, 2008 may be continued to April 11, 2008, at 9:00 a.m.

   Defense counsel seeks additional time to prepare, to conduct ongoing defense investigation of the surrounding circumstances, and to continue discussions with counsel for the government. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through April 11, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A)

1 and (B)(iv) (Local Code T4).

2                                         Respectfully submitted,

3                                         DANIEL J. BRODERICK
                                          Federal Defender
4

5 Dated:  March 12, 2008                  /s/ T. Zindel
                                          TIMOTHY ZINDEL
6                                         Assistant Federal Defender
                                          Attorney for
7                                         EMANUEL ALVARES-GONZALES

8

9                                         McGREGOR SCOTT
                                          United States Attorney
10

11 Dated:  March 12, 2008                 /s/ T. Zindel for P. Talbert
                                          PHILLIP TALBERT
12                                        Assistant U.S. Attorney

13

14                              **O R D E R**

15     The status conference is continued to April 11, 2008, at

16 9:00 a.m.  The Court finds that time under the Speedy Trial Act shall be

17 excluded through that date in order to afford counsel reasonable time to

18 prepare.  Based on the parties' representations, the Court finds that the

19 ends of justice served by granting a continuance outweigh the best

20 interests of the public and the defendant in a speedy trial.

21     IT IS SO ORDERED.

22 Dated:  March 14, 2008

23
                                          _____
24                                        GARLAND E. BURRELL, JR.
                                          United States District Judge
25

26

27

28

Stip. in U.S. v. Alvares-Gonzales        -2-