DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EMANUEL ALVARES-GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EMANUEL ALVARES-GONZALES, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. Cr. S-07-0334 GEB <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:  April 11, 2008 <br> Time:  9:00 a.m. <br> Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for April 11, 2008 may be continued to May 9, 2008, at 9:00 a.m.

Defense counsel seeks additional time to prepare, to conduct ongoing defense investigation of the surrounding circumstances, and to continue discussions with counsel for the government. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through May 9, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A)

1  and (B)(iv) (Local Code T4).

2                                          Respectfully submitted,

3                                          DANIEL J. BRODERICK
                                           Federal Defender
4

5  Dated: April 10, 2008                   /s/ T. Zindel
                                           TIMOTHY ZINDEL
6                                          Assistant Federal Defender
                                           Attorney for
7                                          EMANUEL ALVARES-GONZALES

8

9                                          McGREGOR SCOTT
                                           United States Attorney
10

11 Dated: April 10, 2008                   /s/ T. Zindel for P. Talbert
                                           PHILLIP TALBERT
12                                         Assistant U.S. Attorney

13

14                              **O R D E R**

15     The status conference is continued to May 9, 2008, at 9:00 a.m. The
16 Court finds that time under the Speedy Trial Act shall be excluded
17 through that date in order to afford counsel reasonable time to prepare.
18 Based on the parties' representations, the Court finds that the ends of
19 justice served by granting a continuance outweigh the best interests of
20 the public and the defendant in a speedy trial.

21     IT IS SO ORDERED.

22 Dated: April 10, 2008

23
                                           _____
24                                         GARLAND E. BURRELL, JR.
                                           United States District Judge
25

26

27

28

Stip. in U.S. v. Alvares-Gonzales         -2-