```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
EMANUEL ALVARES-GONZALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-0334 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
|  | ) **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) **TIME** |
| EMANUEL ALVARES-GONZALES, | ) |
|  | ) Date:  May 9, 2008 |
| Defendant. | ) Time:  9:00 a.m. |
|  | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for May 9, 2008 may be continued to June 13, 2008, at 9:00 a.m.

Defense counsel seeks additional time for further factual investigation of the case, and to continue discussions with counsel for the government. To afford time to complete necessary tasks, the parties agree that time under the Speedy Trial Act may be excluded through June 13, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: May 7, 2008 | /s/ T. Zindel<br>TIMOTHY ZINDEL<br>Assistant Federal Defender<br>Attorney for<br>EMANUEL ALVARES-GONZALES |
|   | McGREGOR SCOTT<br>United States Attorney |
| Dated: May 7, 2008 | /s/ T. Zindel for P. Talbert<br>PHILLIP TALBERT<br>Assistant U.S. Attorney |

**O R D E R**

The status conference is continued to June 13, 2008, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: May 8, 2008

GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order/U.S. v. Alvares-Gonzales   -2-