```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EMANUEL ALVARES-GONZALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-0334 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER CONTINUING** |
| | ) **STATUS CONFERENCE AND EXCLUDING** |
| v. | ) **TIME** |
| EMANUEL ALVARES-GONZALES, | ) |
| | ) Date: June 13, 2008 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for June 13, 2008, may be continued to July 11, 2008, at 9:00 a.m.

Defense counsel seeks additional time for further factual investigation of the case, and to continue discussions with counsel for the government. To afford time to complete necessary tasks, the parties agree that time under the Speedy Trial Act may be excluded through July

/////

/////

PDF created with pdfFactory trial version www.pdffactory.com

```
11, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code
T4).
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:  June 10, 2008               /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for EMANUEL ALVARES-GONZALES


                                    McGREGOR SCOTT
                                    United States Attorney


Dated:  June 10, 2008               /s/ T. Zindel for P. Talbert
                                    PHILLIP TALBERT
                                    Assistant U.S. Attorney
```

### O R D E R

The status conference is continued to July 11, 2008, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  June 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                         -2-

PDF created with pdfFactory trial version www.pdffactory.com