1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   EMANUEL ALVARES-GONZALES
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        )  No. 2:07-CR-0334 GEB
                                    )
13              Plaintiff,          )  **STIPULATION AND ORDER CONTINUING**
                                    )  **STATUS CONFERENCE AND EXCLUDING**
14      v.                          )  **TIME**
                                    )
15 EMANUEL ALVARES-GONZALES,        )
                                    )  Date:  July 11, 2008
16              Defendant.          )  Time:  9:00 a.m.
                                    )  Judge: Garland E. Burrell, Jr.
17 _____  )

18

19      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

20 of America, and defendant, Emanuel Alvares-Gonzales, through their

21 respective attorneys, that the status conference presently scheduled for

22 July 11, 2008, may be continued to August 22, 2008, at 9:00 a.m.

23      Defense counsel seeks additional time for further factual

24 investigation of the case, and to continue discussions with counsel for

25 the government.  To afford time to complete necessary tasks, the parties

26 agree that time under the Speedy Trial Act may be excluded through August

27 /////

28 /////

1  22, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code

2  T4).

3                                    Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender
5

6  Dated:  July 9, 2008              /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for EMANUEL ALVARES-GONZALES
8

9                                    McGREGOR SCOTT
                                     United States Attorney
10

11 Dated:  July 9, 2008              /s/ T. Zindel for P. Talbert
                                     PHILLIP TALBERT
12                                   Assistant U.S. Attorney

13

14                        **O R D E R**

15      The status conference is continued to August 22, 2008, at 9:00 a.m.

16 The Court finds that time under the Speedy Trial Act shall be excluded

17 through that date in order to afford counsel reasonable time to prepare.

18 Based on the parties' representations, the Court finds that the ends of

19 justice served by granting a continuance outweigh the best interests of

20 the public and the defendant in a speedy trial.

21      IT IS SO ORDERED.

22 Dated:  July 11, 2008

23

24  _____
    GARLAND E. BURRELL, JR.
25  United States District Judge

26

27

28

Stip & Order                        -2-