1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   EMANUEL ALVARES-GONZALES

7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     )  No. 2:07-CR-0334 GEB
                                  )
14              Plaintiff,        )  **STIPULATION AND ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
15     v.                         )  **AND EXCLUDING TIME**
                                  )
16  EMANUEL ALVARES-GONZALES,     )
                                  )  Date:  August 22, 2008
17              Defendant.        )  Time:  9:00 a.m.
                                  )  Judge: Garland E. Burrell, Jr.
18  _____)

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21  of America, and defendant, Emanuel Alvares-Gonzales, through their

22  respective attorneys, that the status conference presently scheduled for

23  August 22, 2008, may be continued to September 12, 2008, at 9:00 a.m.

24       The government sent a proposed plea agreement, but it appears that

25  the parties have several differences to resolve concerning guidelines

26  calculations.  The parties seek additional time to attempt to resolve

27  these matters.  To afford time to complete necessary tasks, the parties

28  ///

PDF created with pdfFactory trial version www.pdffactory.com

1  agree that time under the Speedy Trial Act may be excluded through

2  September 12, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)

3  (Local Code T4).

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7  Dated:  August 20, 2008           /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for EMANUEL ALVARES-GONZALES
9

10                                   McGREGOR SCOTT
                                     United States Attorney
11

12 Dated:  August 20, 2008           /s/ T. Zindel for P. Talbert
                                     PHILLIP TALBERT
13                                   Assistant U.S. Attorney

14

15                            **O R D E R**

16     The status conference is continued to September 12, 2008, at 9:00

17 a.m.   The Court finds that time under the Speedy Trial Act shall be

18 excluded through that date in order to afford counsel reasonable time to

19 prepare.  Based on the parties' representations, the Court finds that the

20 ends of justice served by granting a continuance outweigh the best

21 interests of the public and the defendant in a speedy trial.

22     IT IS SO ORDERED.

23 Dated:  August 22, 2008

24

25  _____
                                     GARLAND E. BURRELL, JR.
26                                   United States District Judge

27

28

Stip & Order                    -2-

PDF created with pdfFactory trial version www.pdffactory.com