DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
EMANUEL ALVARES-GONZALES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0334 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| EMANUEL ALVARES-GONZALES, | ) | |
| Defendant. | ) | Date:  September 12, 2008<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for September 12, 2008, may be continued to October 10, 2008, at 9:00 a.m.

The government needs additional time to consider the defense's response to its proposed resolution. The parties seek additional time to attempt to resolve these matters. To afford time to complete necessary tasks, the parties

///

1  agree that time under the Speedy Trial Act may be excluded through

2  October 10, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)

3  (Local Code T4).

4                                    Respectfully submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7  Dated:  September 10, 2008        /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for EMANUEL ALVARES-GONZALES
9

10                                   McGREGOR SCOTT
                                     United States Attorney
11

12 Dated:  September 10, 2008        /s/ T. Zindel for P. Talbert
                                     PHILLIP TALBERT
13                                   Assistant U.S. Attorney

14

15                          **O R D E R**

16     The status conference is continued to October 10, 2008, at 9:00 a.m.

17 The Court finds that time under the Speedy Trial Act shall be excluded

18 through that date in order to afford counsel reasonable time to prepare.

19 Based on the parties' representations, the Court finds that the ends of

20 justice served by granting a continuance outweigh the best interests of

21 the public and the defendant in a speedy trial.

22     IT IS SO ORDERED.

23 Dated:  September 11, 2008

24

25                                   _____
                                     GARLAND E. BURRELL, JR.
26                                   United States District Judge

27

28

Stip & Order                    -2-