DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EMANUEL ALVARES-GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0334 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| EMANUEL ALVARES-GONZALES, | ) | |
| | ) | Date:  October 10, 2008 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for October 10, 2008, may be continued to October 24, 2008, at 9:00 a.m.

   The parties are attempting to narrow guidelines issues for resolution.  To afford time to complete necessary tasks, the parties agree that time under the Speedy Trial Act may be excluded through

///

///

1  October 24, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)
2  (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  October 8, 2008                 /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for EMANUEL ALVARES-GONZALES


                                        McGREGOR SCOTT
                                        United States Attorney


Dated:  October 8, 2008                 /s/ T. Zindel for P. Talbert
                                        PHILLIP TALBERT
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to October 24, 2008, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  October 9, 2008

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge