DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
EMANUEL ALVARES-GONZALES


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0334 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| EMANUEL ALVARES-GONZALES, | ) | |
| | ) | Date: October 24, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |


   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for October 24, 2008, may be continued to November 21, 2008, at 9:00 a.m.

   The parties are attempting to narrow guidelines issues for resolution. To afford time to complete necessary tasks, the parties agree that time under the Speedy Trial Act may be excluded through

///

///

November 21, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:  October 21, 2008            /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for EMANUEL ALVARES-GONZALES


                                    McGREGOR SCOTT
                                    United States Attorney


Dated:  October 21, 2008            /s/ T. Zindel for P. Talbert
                                    PHILLIP TALBERT
                                    Assistant U.S. Attorney
```

**O R D E R**

The status conference is continued to November 21, 2008, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: October 22, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                           -2-