```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    EMANUEL ALVARES-GONZALES
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-CR-0334 GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONTINUING STATUS CONFERENCE** |
| v. | ) **AND EXCLUDING TIME** |
| EMANUEL ALVARES-GONZALES, | ) |
| | ) Date: November 21, 2008 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |
| _____ | ) |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for November 21, 2008, may be continued to December 12, 2008, at 9:00 a.m.

The parties are attempting to narrow guidelines issues for resolution. To afford time to complete necessary tasks, the parties agree that time under the Speedy Trial Act may be excluded through

///

///

1  December 12, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)
2  (Local Code T4).

3                                          Respectfully submitted,

4                                          DANIEL J. BRODERICK
                                           Federal Defender
5

6  Dated:  November 19, 2008              /s/ T. Zindel
                                           TIMOTHY ZINDEL
7                                          Assistant Federal Defender
                                           Attorney for EMANUEL ALVARES-GONZALES
8

9                                          McGREGOR SCOTT
                                           United States Attorney
10

11 Dated:  November 19, 2008              /s/ T. Zindel for P. Talbert
                                           PHILLIP TALBERT
12                                         Assistant U.S. Attorney

13

14                              **O R D E R**

15     The status conference is continued to December 12, 2008, at 9:00
16 a.m.  The Court finds that time under the Speedy Trial Act shall be
17 excluded through that date in order to afford counsel reasonable time to
18 prepare.  Based on the parties' representations, the Court finds that the
19 ends of justice served by granting a continuance outweigh the best
20 interests of the public and the defendant in a speedy trial.
21     IT IS SO ORDERED.
22 Dated:  November 20, 2008

23
24                                         _____
                                           GARLAND E. BURRELL, JR.
25                                         United States District Judge
26
27
28

Stip & Order                        -2-