1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   EMANUEL ALVARES-GONZALES
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. 2:07-CR-0334 GEB
                                  )
14            Plaintiff,          )  **STIPULATION AND ORDER**
                                  )  **CONTINUING STATUS CONFERENCE**
15     v.                         )  **AND EXCLUDING TIME**
                                  )
16 EMANUEL ALVARES-GONZALES,      )
                                  )  Date:  January 9, 2009
17            Defendant.          )  Time:  9:00 a.m.
                                  )  Judge: Garland E. Burrell, Jr.
18 _____)

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Emanuel Alvares-Gonzales, through their

22 respective attorneys, that the status conference presently scheduled for

23 January 9, 2009, may be continued to February 6, 2009, at 9:00 a.m.

24     The newly-assigned prosecutor is completing his review of the case

25 and possible revision of the parties' proposed resolutions.  To afford

26 time to complete necessary tasks, the parties agree that time under the

27 ///

28 ///

1  Speedy Trial Act may be excluded through February 6, 2009, pursuant to 18
2  U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).
3                                         Respectfully submitted,
4                                         DANIEL J. BRODERICK
                                          Federal Defender
5
6  Dated:   January 7, 2009               /s/ T. Zindel
                                          TIMOTHY ZINDEL
7                                         Assistant Federal Defender
                                          Attorney for EMANUEL ALVARES-GONZALES
8
9                                         McGREGOR SCOTT
                                          United States Attorney
10
11 Dated:   January 7, 2009               /s/ T. Zindel for P. Talbert
                                          PHILLIP TALBERT
12                                        Assistant U.S. Attorney
13
14                            **O R D E R**
15      The status conference is continued to February 6, 2009, at 9:00 a.m.
16 The Court finds that time under the Speedy Trial Act shall be excluded
17 through that date in order to afford counsel reasonable time to prepare.
18 Based on the parties' representations, the Court finds that the ends of
19 justice served by granting a continuance outweigh the best interests of
20 the public and the defendant in a speedy trial.
21      IT IS SO ORDERED.
22 Dated:  January 8, 2009
23
24                                        _____
                                          GARLAND E. BURRELL, JR.
25                                        United States District Judge

Stip & Order                    -2-