1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5

6 Attorney for Defendant
EMANUEL ALVARES-GONZALES

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        )  No. 2:07-CR-0334 GEB
                                   )
14              Plaintiff,         )  **STIPULATION AND ORDER**
                                   )  **CONTINUING STATUS CONFERENCE**
15      v.                         )  **AND EXCLUDING TIME**
                                   )
16 EMANUEL ALVARES-GONZALES,       )
                                   )  Date:  February 6, 2009
17              Defendant.         )  Time:  9:00 a.m.
                                   )  Judge: Garland E. Burrell, Jr.
18 _____ )

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Emanuel Alvares-Gonzales, through their

22 respective attorneys, that the status conference presently scheduled for

23 February 6, 2009, may be continued to February 20, 2009, at 9:00 a.m.

24      The parties may be close to reaching a resolution of this case, but

25 the assigned prosecutor has asked for additional time to consider a

26 proposed resolution.  To afford time to complete appropriate review, the

27 parties agree that time under the Speedy Trial Act may be excluded

28

1   through February 20, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and

2   (B)(iv) (Local Code T4).

3                                    Respectfully submitted,

4                                    DANIEL J. BRODERICK
                                     Federal Defender

5

6   Dated:  February 4, 2009         /s/ T. Zindel
                                     TIMOTHY ZINDEL
7                                    Assistant Federal Defender
                                     Attorney for EMANUEL ALVARES-GONZALES

8

9                                    LAWRENCE G. BROWN
                                     Acting United States Attorney

10

11  Dated:  February 4, 2009         /s/ T. Zindel for D. McConkie
                                     DANIEL McCONKIE
12                                   Assistant U.S. Attorney

13

14                           **O R D E R**

15      The status conference is continued to February 20, 2009, at 9:00

16  a.m.  The Court finds that time under the Speedy Trial Act shall be

17  excluded through that date in order to afford counsel reasonable time to

18  prepare.  Based on the parties' representations, the Court finds that the

19  ends of justice served by granting a continuance outweigh the best

20  interests of the public and the defendant in a speedy trial.

21      IT IS SO ORDERED.

22  Dated:  February 9, 2009

23

24  _____
    GARLAND E. BURRELL, JR.
25  United States District Judge

26

27

28

Stip & Order                      -2-