```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    EMANUEL ALVARES-GONZALES
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-CR-0334 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| | ) | |
| EMANUEL ALVARES-GONZALES, | ) | |
| | ) | Date: February 20, 2009 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Garland E. Burrell, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for February 20, 2009, may be continued to April 24, 2009, at 9:00 a.m.

The U.S. Attorney has agreed to reconsider my proposed resolution. Also, defense counsel will be unavailable due to jury trial in a complex case. To afford time to complete appropriate review, the parties agree

///

///

1  that time under the Speedy Trial Act may be excluded through April 24,
2  2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   February 19, 2009              /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for EMANUEL ALVARES-GONZALES


                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated:   February 19, 2009              /s/ T. Zindel for D. McConkie
                                        DANIEL McCONKIE
                                        Assistant U.S. Attorney


**O R D E R**

The status conference is continued to April 24, 2009, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   February 26, 2009

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip & Order                        -2-