```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    EMANUEL ALVARES-GONZALES
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,       ) No. 2:07-CR-0334 GEB
                                    )
14              Plaintiff,          ) STIPULATION AND ORDER
                                    ) CONTINUING STATUS CONFERENCE
15       v.                         ) AND EXCLUDING TIME
                                    )
16  EMANUEL ALVARES-GONZALES,       )
                                    ) Date: April 24, 2009
17              Defendant.          ) Time: 9:00 a.m.
                                    ) Judge: Garland E. Burrell, Jr.
18  _____   )

19
```

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Emanuel Alvares-Gonzales, through their respective attorneys, that the status conference presently scheduled for April 24, 2009, may be continued to June 26, 2009, at 9:00 a.m.

Defense counsel is currently in a complex jury trial in the case of United States v. Caza, et al., CR-S-06-058 FCD, and is expected to last approximately until the end of May. Also, defense investigation is ongoing. To afford time to complete appropriate review, the parties

agree that time under the Speedy Trial Act may be excluded through June 26, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 22, 2009        /s/ T. Zindel
                             TIMOTHY ZINDEL
                             Assistant Federal Defender
                             Attorney for EMANUEL ALVARES-GONZALES

                             LAWRENCE G. BROWN
                             Acting United States Attorney

Dated: April 22, 2009        /s/ T. Zindel for D. McConkie
                             DANIEL McCONKIE
                             Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 26, 2009, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: April 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                    -2-