1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   EMANUEL ALVARES-GONZALES
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. 2:07-CR-0334 GEB
                                    )
14            Plaintiff,            ) **STIPULATION AND ORDER**
                                    ) **CONTINUING STATUS CONFERENCE**
15     v.                           ) **AND EXCLUDING TIME**
                                    )
16 EMANUEL ALVARES-GONZALES,        )
                                    ) Date:  June 26, 2009
17            Defendant.            ) Time:  9:00 a.m.
                                    ) Judge: Garland E. Burrell, Jr.
18 _____  )

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Emanuel Alvares-Gonzales, through their
22 respective attorneys, that the status conference presently scheduled for
23 June 26, 2009, may be continued to July 31, 2009, at 9:00 a.m.
24     Defense counsel has been occupied in a jury trial since mid-March
25 and jury deliberations continue, leaving counsel unable to meet with Mr.
26 Alvares-Gonzales, who is presently incarcerated in Oroville.  Once trial
27 is resolved, counsel for both parties intend to meet in an effort to
28 resolve their remaining differences.  To afford time to complete this

review, the parties agree that time under the Speedy Trial Act may be excluded through July 31, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: June 24, 2009           /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for EMANUEL ALVARES-GONZALES

                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated: June 24, 2009           /s/ T. Zindel for D. McConkie
                                        DANIEL McCONKIE
                                        Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 31, 2009, at 9:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: June 26, 2009

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge