1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   EMANUEL ALVARES-GONZALES
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       )  No. 2:07-CR-0334 GEB
                                   )
14              Plaintiff,         )  **STIPULATION AND ORDER**
                                   )  **CONTINUING STATUS CONFERENCE**
15      v.                         )  **AND EXCLUDING TIME**
                                   )
16 EMANUEL ALVARES-GONZALES,       )
                                   )  Date:  July 31, 2009
17              Defendant.         )  Time:  9:00 a.m.
                                   )  Judge: Garland E. Burrell, Jr.
18 _____ )

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Emanuel Alvares-Gonzales, through their

22 respective attorneys, that the status conference presently scheduled for

23 July 31, 2009, may be continued to August 21, 2009, at 9:00 a.m.

24      Defense counsel was occupied in a jury trial which began in mid-

25 March for approximately three months, leaving counsel unable to meet with

26 Mr. Alvares-Gonzales, who is presently incarcerated in Oroville.  Counsel

27 for both parties intend to meet in an effort to resolve their remaining

28 differences.  To afford time to complete this review, the parties agree

1  that time under the Speedy Trial Act may be excluded through August 21,
2  2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

3                                         Respectfully submitted,

4                                         DANIEL J. BRODERICK
                                          Federal Defender
5

6  Dated:  June 29, 2009                  /s/ T. Zindel
                                          TIMOTHY ZINDEL
7                                         Assistant Federal Defender
                                          Attorney for EMANUEL ALVARES-GONZALES
8

9                                         LAWRENCE G. BROWN
                                          Acting United States Attorney
10

11 Dated:  June 29, 2009                  /s/ T. Zindel for D. McConkie
                                          DANIEL McCONKIE
12                                        Assistant U.S. Attorney

13

14                              **O R D E R**

15

16     The status conference is continued to August 21, 2009, at 9:00 a.m.
17 The Court finds that time under the Speedy Trial Act shall be excluded
18 through that date in order to afford counsel reasonable time to prepare.
19 Based on the parties' representations, the Court finds that the ends of
20 justice served by granting a continuance outweigh the best interests of
21 the public and the defendant in a speedy trial.

22     IT IS SO ORDERED.

23 Dated:  August 4, 2009

24
25                                        _____
                                          GARLAND E. BURRELL, JR.
26                                        United States District Judge

27

28

Stip & Order                       -2-